SAO
Scott A. Flinders (6975)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: 702-385-2500
Facsimile: 702-385-2086
sflinders@hutchlegal.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YEXIN DEL CARMEN CONTRERAS BURGOS, individually, | CASE NO.: 2:15-cv-01290-RFB-NJK |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| vs. | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties through their attorneys of record that the above-entitled action be dismissed with prejudice. Jury fees, if any, shall be refunded to

***

***

***

***

***

***

***

***

***

***

1 | HUTCHISON & STEFFEN, LLC, and each party will bear his/her own attorney's fees and court
2 | costs.
3 | Dated: _December 11_, 2015                    Dated: _December 8_, 2015
4 |
5 | HUTCHISON & STEFFEN, LLC                      CRAM VALDEZ BRIGMAN & NELSON
6 | _____                _____
    Scott A. Flinders (6975)                       Adam Brigman, Esq.
7 | 10080 West Alta Drive, Suite 200               8831 W. Sahara
    Las Vegas, Nevada 89145                        Las Vegas, Nevada 89117
8 |
    *Attorneys for Defendant*                      *Attorney for Plaintiff*
9 |
10 |                                **ORDER**
11 |   **IT IS SO ORDERED.**
12 |   Dated this _15th_ day of _December_, 2015.
13 |
14 |                                              _____
15 |                                              RICHARD F. BOULWARE, II
                                                  United States District Judge
16 | Respectfully submitted by:
17 | HUTCHISON & STEFFEN, LLC.
18 | _____
19 | Scott A. Flinders (6975)
     10080 West Alta Drive, Suite 200
20 | Las Vegas, Nevada 89145
     Tel. (702) 385-2500
21 | Fax (702) 385-2086
22 | *Attorneys for Defendant*
23 |
24 |
25 |
26 |
27 |
28 |